IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-02224-CMA-MJW

CHARLES SCHWAB & CO., INC.,

    Plaintiff,

v.

JEFF SIBEL,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. # 10). The Court having considered the Stipulation for Dismissal and having signed and entered the Final Consent Order (Doc. # 11), hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own attorneys' fees and costs. It is

FURTHER ORDERED that the hearing for Temporary Restraining Order set for September 29, 2010 at 1:30 p.m. is VACATED.

DATED: September  29 , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge